IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-mj-302 **SEALED**

| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR A CRIMINAL COMPLAINT AND AN ARREST WARRANT FOR DAVID DANIEL | **ORDER SEALING CRIMINAL COMPLAINT AND RELATED DOCUMENTS** |
|---|---|

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Arrest Warrant, Affidavit, any other related documents, the Motion to Seal, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Arrest Warrant, Affidavit, any other related documents, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to nick.miller@usdoj.gov).

SO ORDERED this 19th day of September 2024.

_W. Carleton Metcalf_
W. Carleton Metcalf
United States Magistrate Judge