# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>DAVID DANIEL<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:24-mj-302<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 19, 2016__ in the county of __MECKLENBURG__ in the __WESTERN__ District of __NORTH CAROLINA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | POSSESSION OF CHILD PORNOGRAPHY |
| 18 U.S.C. § 2251(a) | SEXUAL EXPLOITATION OF A MINOR |

This criminal complaint is based on these facts:
SEE AFFIDAVIT

*The date section above should read "On or about the date(s) of November 19, 2016 and up to and including November 30, 2023".

☒ Continued on the attached sheet.

/s/ *Chase Bannister*
*Complainant's signature*

Chase Bannister, Special Agent, FBI
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date: 09/19/2024

City and state: Asheville, North Carolina     Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*