FILED
Charlotte
Sep 23 2024
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
9:55 am, Sep 20 2024
WESTERN NORTH CAROLINA
CHARLOTTE

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:24-mj-302 |
|  | ) |
|  | ) |
|  | ) |
| DAVID DANIEL | ) |
| *Defendant* |  |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **DAVID DANIEL**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
VIOLATION OF 18 U.S.C. § 2252A(a)(5)(B), POSSESSION OF CHILD PORNOGRAPHY, AND
VIOLATION OF 18 U.S.C. § 2251(a), SEXUAL EXPLOITATION OF A MINOR

Date: 09/19/2024
4:19 PM EDT

*Issuing officer's signature*

W. Carleton Metcalf
United States Magistrate Judge

City and state:  Asheville, North Carolina

Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/19/24, and the person was arrested on *(date)* 9/20/24
at *(city and state)* Mint Hill, NC

Date: 9/23/24

*Arresting officer's signature*

Chase Bannister  FBI
*Printed name and title*