IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DAVID DANIEL** | ) DOCKET NO.: 3:24-CR-209-FDW<br>)<br>) GOVERNMENT'S UNOPPOSED<br>) MOTION FOR AN EXTENSION<br>) OF TIME TO RESPOND<br>)<br>) |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby moves for an extension of time to respond to Defendant's Motion to Dismiss or Suppress (Doc. No. 25).

On March 26, 2025, Defendant filed his Motion, setting the response deadline for April 2, 2025. Defendant presents a motion that is somewhat unique and is an issue currently before the U.S. Court of Appeals for the Fourth Circuit. Additionally, due to nature of the Motion, the undersigned will likely have to consult the Office of the Attorney General prior to filing a response. The Government has conferred with counsel for Defendant and counsel is not opposed to a two week extension for the Government to file its response, extending the deadline to April 16, 2025.

RESPECTFULLY SUBMITTED, this 31st day of March 2025.

                                                                   RUSS FERGUSON
                                                                   United States Attorney

                                                                   /s/ Nick J. Miller
                                                                   NICK J. MILLER
                                                                   NC Bar No. 46268
                                                                   Assistant U.S. Attorney
                                                                   United States Attorney's Office
                                                                   227 West Trade St, Suite 1650
                                                                   Charlotte, NC 28202
                                                                   Phone: (704) 338-3157
                                                                   Email: nick.miller@usdoj.gov

1