UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-00209-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAVID DANIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 27), which is currently scheduled for May 5, 2025. The United States does not oppose the Motion. For good cause shown, Defendant's Motion is **GRANTED** and Docket Call/Trial in this matter is **CONTINUED** to the Court's next available criminal term. All pretrial deadlines are **CONTINUED** consistent with this Order and the Court's Standing Order governing criminal cases.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 27), is **GRANTED**. In granting the motion, the Court finds the period of delay resulting from Defendant's pending pretrial motion to dismiss/suppress is properly excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D), and finds the ends of justice served by tolling the speedy trial clock through the Court's next available criminal term pursuant to 18 U.S.C. § 3161(h)(7)(A) outweigh the best interests of Defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

Signed: April 1, 2025

Frank D. Whitney
United States District Judge