# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:24-CR-209-FDW |
| v. | **SUPERSEDING BILL OF INDICTMENT** |
| DAVID DANIEL | Violations:<br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2252A(a)(2)(A)<br>18 U.S.C. § 2252A(a)(5)(B) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Sexual Exploitation of a Minor)

From in or about 2015 and up to and including November 19, 2016, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DAVID DANIEL,**

attempted to, and did, employ, use, persuade, induce, entice and coerce a minor, that is, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT TWO**
(Sexual Exploitation of a Minor)

From in or about November 2021 and up to and including March 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DAVID DANIEL,**

did employ, use, persuade, induce, entice and coerce a minor, that is, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE
(Receipt of Child Pornography)

On or about December 7, 2021, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DAVID DANIEL,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT FOUR
(Receipt of Child Pornography)

On or about December 9, 2021, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DAVID DANIEL,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT FIVE
(Possession of Child Pornography)

On or about November 30, 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DAVID DANIEL,**

knowingly possessed, and accessed with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that

was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. An Asus laptop with two hard drives seized during the investigation; and

b. An Apple iPhone 14 Pro Max seized during the investigation.

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

NICK J. MILLER
ASSISTANT UNITED STATES ATTORNEY