# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. David Daniel

Case Number: 3:24-CR-209-FDW

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. § 2251(a) | 15 years | No less than 15 years, no more than 30 years imprisonment; $250,000 fine; or both; up to life on supervised release. If a prior qualifying conviction, no less than 25 years and no more than 50 years imprisonment. If two or more prior qualifying convictions, no less than 35 years and no more than life imprisonment |
| 2 | 18 U.S.C. § 2251(a) | 15 years | No less than 15 years, no more than 30 years imprisonment; $250,000 fine; or both; up to life on supervised release. If a prior qualifying conviction, no less than 25 years and no more than 50 years imprisonment. If two or more prior qualifying convictions, no less than 35 years and no more than life imprisonment |
| 3 | 18 U.S.C. § 2252A(a)(2)(A) | 5 years | No less than 5 years, not more than 20 years imprisonmnt; $250,000 fine; no less than 5 years, up to life on supervised release; if prior qualifying conviction, no less than 15 years and no more than 40 years imprisonment |
| 4 | 18 U.S.C. § 2252A(a)(2)(A) | 5 years | No less than 5 years, not more than 20 years imprisonmnt; $250,000 fine; no less than 5 years, up to life on supervised release; if prior qualifying conviction, no less than 15 years and no more than 40 years imprisonment |
| 5 | 18 U.S.C. § 2252A(a)(5)(B) | none | Not more than 20 years imprisonment; $250,000 fine; no less than 5 years, up to life on supervised release; if prior qualifying conviction, no less than 10 years and no more than 20 years imprisonment |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?    ☐ YES    ☒ NO

\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?    ☐ YES    ☒ NO

\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?    ☐ YES    ☒ NO

\* 18 U.S.C. 924(C) ONLY

IF YES    ☐ BRANDISH

☐ DISCHARGE