IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-cr-00209

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DAVID PAUL DANIEL,<br><br>　　　　　Defendant. | **UNOPPOSED MOTION TO CONTINUE TRIAL** |

　　　　Defendant, David Paul Daniel, respectfully moves the Court to continue trial to a later Criminal Trial Term. Mr. Daniel offers the following in support of this Motion:

　　　　1.　　Trial is currently set for September 8, 2025.

　　　　2.　　Mr. Daniel's Motion to Dismiss or Suppress, which was filed on March 26, 2025, has not yet been ruled on or set for a hearing.

　　　　3.　　The Motion to Dismiss or Suppress will need to be resolved before trial. The Courtroom Deputy has informed counsel that the Motion was referred to Judge Keesler on August 11, 2025, so it will not be ruled on by September 8, 2025.

　　　　4.　　In addition, counsel for Mr. Daniel received a substantial discovery production yesterday, August 11, 2025.

　　　　5.　　Counsel will need additional time to go over discovery, any possible new plea offers, and trial strategy with Mr. Daniel.

　　　　6.　　The government does not oppose the relief requested in this Motion.

WHEREFORE, Mr. Daniel respectfully moves this Court to continue trial to a later criminal trial term.

Respectfully submitted this 12th day of August, 2025.

/s/ William R. Terpening
William R. Terpening
N.C. Bar No. 36418
Connor Reid
N.C. Bar No. 62617

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for David Paul Daniel*

## CERTIFICATE OF SERVICE

I certify that I have filed this **UNOPPOSED MOTION TO CONTINUE TRIAL** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: August 12, 2025.

/s/ William R. Terpening
William R. Terpening