UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-00209-FDW-DCK-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAVID DANIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 38), which is presently scheduled for July 7, 2025. The United States does not oppose the Motion. For good cause shown, Defendant's Motion is **GRANTED** and Docket Call/Trial in this matter is **CONTINUED** to the Court's next available criminal term. All pretrial deadlines are **CONTINUED** consistent with this Order and the Court's Standing Order governing criminal cases.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 38), is **GRANTED**. In granting the motion, the Court finds the period of delay resulting from Defendant's pending pretrial motion to dismiss/suppress is properly excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D), and finds the ends of justice served by tolling the speedy trial clock through the Court's next available criminal term pursuant to 18 U.S.C. §§ 3161(h)(7)(A) outweigh the best interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED.**

Signed: August 13, 2025

Frank D. Whitney
Senior United States District Judge