# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CR-00209-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAVID PAUL DANIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant David Paul Daniel's Motion to Continue Trial and Pretrial Motions Deadlines. (Doc. No. 41.) The United States does not oppose the Motion. (Id.) For good cause shown, Defendant's Motion is **GRANTED**.

For the reasons stated in Defendant's Motion, the Court finds that failure to grant an extension of time would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and, taking into account the exercise of due diligence, Defendant's defense attorney has not had the reasonable time necessary to effectively prepare his objections. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds the ends of justice served by taking such action as requested by Defendant outweigh the best interest of the public and the Defendant to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A), and the period of delay resulting from Defendant's Motion is properly excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.** Signed: October 9, 2025

Frank D. Whitney
Senior United States District Judge

1