IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-cr-209-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID PAUL DANIEL, Defendant. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION TO FILE OBJECTIONS TO MEMORANDUM AND RECOMENDATION** |

Defendant, David Daniel, pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, moves for a 10-day extension of time to object to the Magistrate's Memorandum and Recommendation, entered on October 2, 2025. (Doc. 40). In support of this Motion, Mr. Daniel offers the following:

1. On March 26, 2025, Mr. Daniel filed his Motion To Dismiss, Or In The Alternative, To Suppress ("Motion to Dismiss") (Doc. 25) based on the Justice Department's interpretation of President Trump's Executive Order Granting Pardons and Commutation of Sentence for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021 ("Executive Order").

2. On October 2, 2025, United States Magistrate Judge, David C. Keesler, recommended that Mr. Daniel's Motion to Dismiss be denied ("Memorandum and Recommendation").

3. The deadline for Mr. Daniel to file objections to the Memorandum and Recommendation is October 16, 2025.

4. The Justice Department has concluded on numerous occasions that the proper interpretation of the Executive Order requires dismissal of unrelated criminal offenses that were discovered by the government during January 6 related searches.

5. Courts have accepted the Justice Department's interpretation in some cases, but not others.

6. The law on motions to suppress concerning January 6 related searches used in other cases is complex and rapidly developing.

7. Mr. Daniel needs additional time to conduct the legal research necessary to file his objections to the Memorandum and Recommendation.

8. Mr. Daniel has conferred with the government, which does not oppose the relief requested in this Motion.

WHEREFORE, Mr. Daniel respectfully requests the Court extend the deadline for him to file objections to the Memorandum and Recommendation to and through October 27, 2025, making the government's deadline to respond to Mr. Daniel's objections November 10, 2025.

Respectfully submitted this 15th day of October 2025.

/s/ William R. Terpening
William R. Terpening
N.C. Bar 36418

**TERPENING LAW PLLC**
221 West Eleventh Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com

(980) 265-1700

*Counsel for David Daniel*

## CERTIFICATE OF SERVICE

I certify that I have filed this **UNOPPOSED MOTION FOR EXTENSION TO FILE OBJECTIONS TO MEMORANDUM AND RECOMENDATION** through the Court's CM/ECF system, which constitutes services on all parties.

    Dated: October 15, 2025.

                                    /s/ William R. Terpening
                                    William R. Terpening