<p align="center" style="color:red"><strong>PACER fee: Exempt CJA  <u>Change</u></strong></p>

<p align="center"><strong>General Docket<br>
United States Court of Appeals for District of Columbia Circuit</strong></p>

---

**Court of Appeals Docket #:** 25-3041                                                     **Docketed:** 03/28/2025
**Nature of Suit:** 2510 Prisoner Petition-Vacate Sentence
USA v. Dan Wilson
**Appeal From:** United States District Court for the District of Columbia
**Fee Status:** Fee Paid

---

**Case Type Information:**
   **1)** 28 U.S.C. Sec. 2255
   **2)** Federal
   **3)**

---

**Originating Court Information:**
   **District:** 0090-1 : 1:23-cr-00427-DLF-1                                  **Lead:** 1:23-cr-00427-DLF-1
   **Court Reporter:** Christine Asif, Court Reporter
   **Court Reporter:** FTR Gold Reporting, Court Reporter
   **Court Reporter:** Sara Wick, Court Reporter
   **Trial Judge:** Dabney L. Friedrich, U.S. District Judge
   **Date Filed:** 12/06/2023
   **Date Order/Judgment:**                         **Date NOA Filed:**
   03/13/2025                                        03/28/2025

---

**Prior Cases:**
   None

**Current Cases:**
   None

---

**Panel Assignment:**     Not available

---

| | |
|---|---|
| United States of America<br><br>                   Plaintiff - Appellee | Chrisellen Rebecca Kolb, Assistant U.S. Attorney<br>Direct: 202-252-6833<br>Email: Chrisellen.R.Kolb@usdoj.gov<br>[COR LD NTC Gvt US Attorney]<br>U.S. Attorney's Office<br>(USA) Appellate Division<br>Room 8104<br>Firm: 202-252-6829<br>601 D Street, NW<br>Washington, DC 20530<br><br>Daniel Joseph Lenerz, Attorney<br>Direct: 202-252-7027<br>Email: daniel.lenerz@usdoj.gov<br>[COR LD NTC Gvt US Attorney]<br>U.S. Attorney's Office<br>(USA) Appellate Division<br>Suite 8229<br>Firm: 202-252-6829<br>601 D Street, NW<br>Washington, DC 20530<br><br>Nicholas Philip Coleman, Assistant U.S. Attorney<br>Email: nicholas.coleman@usdoj.gov<br>[COR NTC Gvt US Attorney]<br>U.S. Attorney's Office<br>(USA) Appellate Division<br>Firm: 202-252-6829<br>601 D Street, NW<br>Washington, DC 20530<br><br>USAO Appellate Counsel<br>Email: USADC.ECFAppellate@usdoj.gov<br>[NTC -]<br>U.S. Attorney's Office |

<p align="right" style="font-size:2em">Exhibit B</p>

|  | (USA) Appellate Division
Firm: 202-252-6829
601 D Street, NW
Washington, DC 20530 |

v.

| Dan Edwin Wilson, also known as Daniel Edwin Wilson
Defendant - Appellant | George T. Pallas
Direct: 305-856-8580
Email: george@pallaslaw.com
[COR LD NTC Retained]
George T. Pallas, P.A.
2420 Coral Way
Miami, FL 33145

Carolyn Stewart
Direct: 813-451-5753
Email: carolstewart_esq@protonmail.com
Fax: 813-946-8066
[COR NTC Retained]
Stewart Country Law PA
Firm: 813-451-5753
1204 Swilley Road
Plant City, FL 33567 |

----------------------------

| Alexander J. Cave
Amicus Curiae | Alexander J. Cave
Direct: 202-662-5696
Email: acave@cov.com
[COR LD NTC Appointed Amicus]
Covington & Burling LLP
Firm: 202-662-6000
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956

Mark William Mosier, Esquire
Direct: 202-662-5435
Email: mmosier@cov.com
Fax: 202-778-5435
[COR NTC Appointed Amicus]
Covington & Burling LLP
Firm: 202-662-6000
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956 |

United States of America,

       Plaintiff - Appellee

   v.

Dan Edwin Wilson, also known as Daniel Edwin Wilson,

       Defendant - Appellant

----------------------------

Alexander J. Cave,

       Amicus Curiae

| | | |
|---|---|---|
| 03/28/2025 | ☐ | 28 U.S.C. 2255 CASE docketed. [COA Status: COA granted]. [25-3041] [Entered: 03/28/2025 12:06 PM] |
| 03/28/2025 | ☐ ▤ 37 pg, 1.56 MB | NOTICE OF APPEAL [2108266] seeking review of a decision by the U.S. District Court in 1:23-cr-00427-DLF-1 filed by Dan Edwin Wilson. Appeal assigned USCA Case Number: 25-3041. [25-3041] [Entered: 03/28/2025 12:09 PM] |
| 03/28/2025 | ☐ ▤ 2 pg, 42.92 KB | [VACATED BY ORDER OF 03/28/2025]--CLERK'S ORDER [2108269] filed directing party to file initial submissions: APPELLANT transcript status report due 04/14/2025. APPELLANT docketing statement due 04/14/2025. APPELLANT entry of appearance due 04/14/2025 [25-3041] [Entered: 03/28/2025 12:13 PM] |
| 03/28/2025 | ☐ ▤ 1 pg, 37.97 KB | CLERK'S ORDER [2108310] filed vacating clerk order [2108269-2]. [25-3041] [Entered: 03/28/2025 02:19 PM] |
| 03/28/2025 | ☐ ▤ 14 pg, 186.72 KB | *EMERGENCY* UNOPPOSED MOTION [2108339] to stay underlying order pending appeal filed by Dan Edwin Wilson Length Certification: 2,566 words. [25-3041] (Pallas, George) [Entered: 03/28/2025 03:23 PM] |
| 03/29/2025 | ☐ ▤ 1 pg, 72.47 KB | ENTRY OF APPEARANCE [2108432] filed by Chrisellen R. Kolb and co-counsel Daniel J. Lenerz; Nicholas P. Coleman on behalf of Appellee USA. [25-3041] (Coleman, Nicholas) [Entered: 03/29/2025 05:01 PM] |
| 04/01/2025 | ☐ ▤ 1 pg, 53.7 KB | ENTRY OF APPEARANCE [2108768] filed by George T. Pallas on behalf of Appellant Dan Edwin Wilson. [25-3041] (Pallas, George) [Entered: 04/01/2025 02:07 PM] |
| 04/02/2025 | ☐ ▤ 4 pg, 92.76 KB | NOTICE [2109048] to supplement record filed by Dan Edwin Wilson [Service Date: 04/02/2025 ] [25-3041] (Pallas, George) [Entered: 04/02/2025 03:39 PM] |
| 04/02/2025 | ☐ ▤ 6 pg, 190.81 KB | PER CURIAM ORDER [2109093] filed ORDERED that the emergency motion for release pending appeal [2108339-2] be denied. The Clerk is directed to transmit a copy of this order to the district court. Before Judges: Pillard, Katsas and Rao*. (* A statement by Circuit Judge Rao, dissenting from this order, is attached.) [25-3041] [Entered: 04/02/2025 05:02 PM] |
| 04/02/2025 | ☐ ▤ 2 pg, 45.05 KB | CLERK'S ORDER [2109096] filed directing the parties to file initial submissions: APPELLANT docketing statement due 05/02/2025. APPELLANT certificate as to parties due 05/02/2025. APPELLANT statement of issues due 05/02/2025. APPELLANT underlying decision due 05/02/2025. APPELLANT transcript status report due 05/02/2025. APPELLANT procedural motions due 05/02/2025. APPELLANT dispositive motions due 05/19/2025. APPELLEE certificate as to parties due 05/02/2025. APPELLEE procedural motions due 05/02/2025. APPELLEE dispositive motions due 05/19/2025. [25-3041] [Entered: 04/02/2025 05:18 PM] |
| 05/02/2025 | ☐ ▤ 1 pg, 69.04 KB | TRANSCRIPT STATUS REPORT [2113970] filed by Dan Edwin Wilson [Service Date: 05/02/2025 ]. Status of Transcripts: Final - All transcripts needed for the appeal have been completed and received. [25-3041] (Pallas, George) [Entered: 05/02/2025 10:48 AM] |
| 05/02/2025 | ☐ ▤ 1 pg, 104.8 KB | DOCKETING STATEMENT [2114007] filed by Dan Edwin Wilson [Service Date: 05/02/2025 ] [25-3041] (Pallas, George) [Entered: 05/02/2025 01:11 PM] |
| 05/02/2025 | ☐ ▤ 3 pg, 191.3 KB | CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES [2114036] filed by Dan Edwin Wilson [Service Date: 05/02/2025 ] [25-3041] (Pallas, George) [Entered: 05/02/2025 02:32 PM] |
| 05/29/2025 | ☐ ▤ 2 pg, 130.24 KB | LETTER [2118045] regarding case status filed by USA [Service Date: 05/29/2025 ] [25-3041] (Lenerz, Daniel) [Entered: 05/29/2025 02:17 PM] |
| 06/17/2025 | ☐ ▤ 2 pg, 1.03 MB | ENTRY OF APPEARANCE [2121267] filed by Carolyn Stewart on behalf of Appellant Dan Edwin Wilson. [25-3041] (Stewart, Carolyn) [Entered: 06/17/2025 04:49 PM] |
| 07/03/2025 | ☐ ▤ 3 pg, 137.84 KB | PER CURIAM ORDER [2123693] filed ORDERED that Alexander J. Cave, a member of the Bar of this court, be appointed as amicus curiae to present arguments in support of the district court's March 13, 2025 memorandum opinion and order denying appellant's 28 U.S.C. § 2255 motion. It is FURTHER ORDERED that the following briefing schedule will apply in this case: APPELLANT Brief and APPENDIX both due 09/05/2025. AMICUS CURIAE Brief due 10/06/2025. APPELLANT Reply Brief due 10/27/2025 (SEE ORDER FOR MORE DETAILS). Before Judges: Katsas, Rao and Walker. [25-3041] [Entered: 07/03/2025 10:57 AM] |
| 08/26/2025 | ☐ ▤ 3 pg, 190.1 KB | MOTION [2132113] to extend time to file brief to 10/20/2025 filed by Dan Edwin Wilson (Service Date: 08/26/2025 by CM/ECF NDA) Length Certification: 404 words.. [25-3041] (Pallas, George) [Entered: 08/26/2025 02:30 PM] |
| 08/27/2025 | ☐ ▤ 1 pg, 38.89 KB | CLERK'S ORDER [2132214] filed granting motion to extend time [2132113-2], setting briefing schedule: APPELLANT Brief due 10/20/2025. APPENDIX due 10/20/2025. AMICUS CURIAE Brief due 11/19/2025. APPELLANT Reply Brief due 12/10/2025 [25-3041] [Entered: 08/27/2025 10:26 AM] |
| 09/09/2025 | ☐ ▤ 21 pg, 365.38 KB | MOTION [2134079] to modify briefing schedule filed by Dan Edwin Wilson (Service Date: 09/09/2025 by CM/ECF NDA) Length Certification: this Motion contains 4768 words and meets compliance standards. [25-3041] (Stewart, Carolyn) [Entered: 09/09/2025 01:05 PM] |

| | | |
|---|---|---|
| 09/12/2025 | 1 pg, 68.28 KB | ENTRY OF APPEARANCE [2134671] filed by Mark W. Mosier on behalf of Amicus Curiae Mr. Alexander J. Cave. [25-3041] (Mosier, Mark) [Entered: 09/12/2025 02:21 PM] |
| 09/19/2025 | 33 pg, 612.45 KB | RESPONSE IN OPPOSITION [2135916] to motion to modify briefing schedule [2134079-2] filed by Mr. Alexander J. Cave [Service Date: 09/19/2025 by CM/ECF NDA] Length Certification: 3,137 Words. [25-3041] (Cave, Alexander) [Entered: 09/19/2025 02:07 PM] |
| 09/26/2025 | 5 pg, 118.39 KB | REPLY [2137416] filed by Dan Edwin Wilson to response [Service Date: 09/26/2025 by CM/ECF NDA] Length Certification: 537 words. [25-3041] (Stewart, Carolyn) [Entered: 09/26/2025 11:57 PM] |
| 10/07/2025 | 1 pg, 38.39 KB | PER CURIAM ORDER [2139166] filed denying motion to modify briefing schedule [2134079-2]. SEE ORDER FOR DETAILS. Before Judges: Katsas, Rao and Walker. [25-3041] [Entered: 10/07/2025 11:02 AM] |
| 10/10/2025 | 5 pg, 125.15 KB | UNOPPOSED MOTION [2139824] to extend time to file brief to 11/03/2025 filed by Dan Edwin Wilson [Service Date: 10/10/2025 ] Length Certification: 693 words in compliance. [25-3041] (Stewart, Carolyn) [Entered: 10/10/2025 11:55 AM] |
| 10/10/2025 | 1 pg, 97.25 KB | LETTER [2139856] filed by Mr. Alexander J. Cave [Service Date: 10/10/2025 ] [25-3041] (Cave, Alexander) [Entered: 10/10/2025 01:08 PM] |
| 10/14/2025 | 6 pg, 108.15 KB | RESPONSE IN OPPOSITION [2140029] to motion to extend time [2139824-2] filed by Mr. Alexander J. Cave [Service Date: 10/14/2025 by CM/ECF NDA] Length Certification: 456 Words. [25-3041] (Cave, Alexander) [Entered: 10/14/2025 10:56 AM] |
| 10/14/2025 | 9 pg, 171.85 KB | REPLY [2140081] filed by Dan Edwin Wilson to response [2140029-2] [Service Date: 10/14/2025 by CM/ECF NDA] Length Certification: 1729 words in compliance. [25-3041] (Stewart, Carolyn) [Entered: 10/14/2025 01:54 PM] |
| 10/16/2025 | 1 pg, 39.79 KB | PER CURIAM ORDER [2140452] filed ORDERED that appellant may file his brief and the appendix on or before 11/03/2025. If appellant files his brief and the appendix on or before 10/20/2025, the briefing deadlines in the court's 08/27/2025 order will apply. If appellant files his brief and the appendix after 10/20/2025, the following briefing schedule will apply: Brief for Amicus Curiae due 12/03/2025. Appellant's Reply Brief due 12/26/2025. If the government intends to submit any filings in support of its current position, it must do so by 10/20/2025, with any reply due by the same deadline applicable to appellant's reply. Before Judges: Katsas, Walker and Childs. [25-3041] [Entered: 10/16/2025 09:50 AM] |
| 10/20/2025 | 32 pg, 941.79 KB | APPELLEE BRIEF [2141205] filed by USA [Service Date: 10/20/2025 ] Length of Brief: 3,768 words. [25-3041] (Lenerz, Daniel) [Entered: 10/20/2025 04:10 PM] |

Select All    Clear All

🔘 **Documents and Docket Summary**
⚪ **Documents Only**

☑️ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| DC Circuit (USCA) - 10/26/2025 15:46:58 | | | |
| **PACER Login:** | terpeninglaw | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 25-3041 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt Flag:** | Exempt | **Exempt Reason:** | Exempt CJA |