IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DAVID DANIEL** | ) DOCKET NO.: 3:24-CR-209-FDW<br>)<br>) **GOVERNMENT'S UNOPPOSED**<br>) **MOTION FOR AN EXTENSION**<br>) **OF TIME TO RESPOND**<br>)<br>) |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby moves for an extension of time to respond to Defendant's Objection to Memorandum and Recommendations (Doc. No. 45).

On October 27, 2025, Defendant filed his Objection, and the Court set the response deadline for November 17, 2025. Defendant makes multiple arguments that require response. Additionally, due to nature of the Objection, the undersigned may have to consult the Office of the Attorney General prior to filing a response. The Government has conferred with counsel for Defendant and counsel is not opposed to an extension for the Government to file its response, extending the deadline to November 26, 2025.

RESPECTFULLY SUBMITTED, this 12th day of November 2025.

> RUSS FERGUSON
> United States Attorney
>
> /s/ *Nick J. Miller*
> NICK J. MILLER
> NC Bar No. 46268
> Assistant U.S. Attorney
> United States Attorney's Office
> 227 West Trade St, Suite 1650
> Charlotte, NC 28202
> Phone: (704) 338-3157
> Email: nick.miller@usdoj.gov

1