IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-209-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID DANIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Unopposed Motion For An Extension Of Time To Respond" (Document No. 47) filed November 12, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Unopposed Motion For An Extension Of Time To Respond" (Document No. 47) is **GRANTED**. The Government has until **November 26, 2025**, to file its response.

**SO ORDERED**.

Signed: November 12, 2025

David C. Keesler
United States Magistrate Judge