IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-cr-00209-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>DAVID PAUL DANIEL,<br><br>        Defendant. | **UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINES** |

Defendant, David Daniel, moves the Court to continue trial to the next criminal trial term and correspondingly extend the deadline for all pretrial motions. In support of this Motion, Mr. Daniel shows the following:

1. Trial in this matter is set for January 5, 2026.

2. Mr. Daniel believes it is important to see the result of the M&R Objection appeal before making final decisions about his trial and plea options. Of course, how the Objections on this important issue are resolved will materially affect trial preparation.

3. Counsel needs to meet with Mr. Daniel in person to go over his plea options and/or prepare for trial. Mr. Daniel is currently incarcerated in Kentucky. Counsel will not have time to meet with Mr. Daniel in Kentucky before January 5, 2026.

4. In addition, counsel has a civil trial in *Shay v. Shay*; Case No. 24-CVS-002113-120 in Cabarrus County that would abut or overlap the current trial date. Counsel needs to devote significant time during December to preparing for this trial.

5. The government does not oppose the relief requested in this Motion.

WHEREFORE, Mr. Daniel respectfully requests that the Court continue trial to a later criminal term and correspondingly extend any pretrial motions deadlines.

Respectfully submitted this 10th day of December, 2025.

/s/ William R. Terpening
William R. Terpening
N.C. Bar No. 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Defendant David Paul Daniel*

**CERTIFICATE OF SERVICE**

  I certify that I have filed this **UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINES** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: December 10, 2025.

            <u>/s/ William R. Terpening</u>
            William R. Terpening