IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:24-cr-00209

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>  v.<br><br>DAVID PAUL DANIEL,<br><br>               Defendant. | NOTICE OF UNAVAILABILITY |

William R. Terpening, counsel for Defendant David Paul Daniel, respectfully notifies this Court that he will be unavailable for the following dates because of a planned vacation that is non-refundable.

April 1, 2026 – April 12, 2026

He respectfully requests that the Court not schedule any trial, hearings, or other deadlines during that period. He is not aware that any trial, hearing, or deadlines are currently scheduled during this period. This notice is not for the purpose of delaying, hindering, or interfering with the timely disposition of any matter in any pending action or proceeding.

WHEREFORE, undersigned counsel requests that no trial, hearing, or deadline be scheduled during those dates.

Respectfully submitted this 21st day of January, 2026.

                                          /s/ William R. Terpening
                                          William R. Terpening
                                          N.C. Bar No. 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Defendant David Paul Daniel*

**CERTIFICATE OF SERVICE**

 I certify that I have filed this **NOTICE OF UNAVAILABILITY** through the Court's CM/ECF system, which constitutes service on all parties.

 Dated: January 21, 2026.

/s/ William R. Terpening
William R. Terpening
