# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO.: 3:24-CR-209-MEO |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| DAVID DANIEL | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a ⸂Statement of Relevant Conduct⸃pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government⸃ ⸂Statement of Relevant Conduct⸃ within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From in or about 2015 and up to and including November 19, 2016, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant, David DANIEL, attempted to, and did employ, use, persuade, induce, entice and coerce a minor, that is MINOR VICTIM 1 (MV1), to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

2. At the time DANIEL produced these visual depictions of MV1, MV1 had not yet attained 12 years of age.

3. DANIEL used an HTC cellphone to produce these visual depictions of MV1 and that device was manufactured outside of the United States. Additionally, when the images were located by law enforcement, they were found on a hard drive that was manufactured in China. Therefore, the visual depictions of MV1 were produced using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including

by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

4. From in and about November 2021 and up to and including March 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, DANIEL, did employ, use, persuade, induce, entice and coerce a minor, that is MINOR VICTIM 2 (MV2), to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

5. At the time DANIEL produced these visual depictions of MV2, MV2 was a minor under the age of eighteen years.

6. As a result of DANIEL's unlawful conduct, MV2 created these visual depictions on an iPhone 11, that was manufactured outside of the United States. These visual depictions of MV2 were recovered from DANIEL's iPhone 14 Pro Max, which was manufactured in China. Therefore, the visual depictions of MV2 were produced using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

7. DANIEL instructed MV2 on what types of visual depictions to produce and MV2 would send them to DANIEL using a messaging application that used the internet. Two of these visual depictions had creation dates of December 7, 2021, and December 9, 2021. DANIEL knowingly received these visual depictions, which were child pornography as defined in Title 18, United States Code, Section 2256(8), and because they were received over the internet, the visual depictions were mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

8. Law enforcement located the visual depictions of MV1 and MV2, which were child pornography as defined in Title 18, United States Code, Section 2256(8), on a hard drive and an iPhone 14 Pro Max, both manufactured in China, that were in DANIEL's possession on November 30, 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere. DANIEL knowingly possessed, and accessed with intent to view, the visual depictions of MV1 and MV2, and because both devices storing the visual depictions were manufactured in China, they had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

2

RUSS FERGUSON
UNITED STATES ATTORNEY

NICK J. MILLER
Assistant United States Attorney

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Superseding Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Superseding Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

DATED: 4/9/26

WILLIAM R. TERPENING
Attorney for Defendant

3