# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## Case Number: 3:24-cr-00209-MEO-DCK

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

DAVID DANIEL,

               Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT**

Defendant, David Daniel, respectfully requests an extension to file his Objections and Clarifications to the Presentence Report ("PSR")(Doc No. 61) by 21 days, from July 30, 2026 to August 20, 2026. In support of this Motion, Mr. Daniel shows as follows:

1. The draft PSR raises an unusually high number of Guidelines enhancement legal issues, several of which will be much more complicated than usual. Thus, the defense will need to conduct more extensive legal research, and the PSR Objections will take more time than usual to prepare. Moreover, Mr. Daniel faces an exceptionally high Guidelines range, making it particularly important to correctly articulate all Guidelines objections.

2. In addition, counsel for Mr. Daniel is going on a family vacation from July 31st to August 10th, 2026, for which he filed a Notice of Unavailability.

3. In addition, counsel mailed a copy of the draft PSR to Mr. Daniel last

week. However, as of yesterday, he still had not received it. Counsel must be able to review a hard copy of the draft PSR with Mr. Daniel before the Objections are filed.

4.     The government and probation do not oppose the relief requested in this Motion.

5.     This Motion is not being filed for purposes of improper delay, but because the relief requested herein is necessary to serve the interests of justice.

WHEREFORE, Mr. Daniel respectfully requests that the Court extend his PSR objections deadline by 21 days to August 20, 2026.

Respectfully submitted this 30th day of July, 2026.

/s/ William R. Terpening
William R. Terpening
N.C. Bar No. 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Defendant David Daniel*

2

## CERTIFICATE OF SERVICE

I certify that I have filed this **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: July 30, 2026.

/s/ William R. Terpening
William R. Terpening
